**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** * | |
| Plaintiff, * | |
| vs. * | **CIVIL ACTION NO. 08-0670-CG-M** |
| **RYAN K. RIVERS,** * | |
| Defendant. * | |

<u>JUDGMENT BY DEFAULT</u>

An entry of default having been entered by the Clerk of Court as to Defendant, Ryan K. Rivers, on January 28, 2009 (Doc. 8), all in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, and counsel for Plaintiff having requested judgment against defaulted Defendant and having filed a proper unsworn declaration on January 28, 2009 (Doc. 9) as to the amount due from Defendant to Plaintiff;

It is hereby **ORDERED** and **ADJUDGED** that pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, judgment is rendered in favor of Plaintiff, the United States of America, and against Defendant, Ryan K. Rivers, in the amount of $5,660.47 (principal of $2,606.99, prejudgment interest at 8% per annum ($0.57) in the amount of $3,053.48 through October 2, 2008, plus prejudgment interest at 8% per annum ($0.57) from October 2, 2008, through the date of judgment, and post judgment interest at the legal rate of 0.47% pursuant to the provisions of Title 28, United States Code, Section 1961, until paid in full, and court costs.

**DONE** and **ORDERED** this 28th day of January, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE